TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Litigation Counsel, Civil Division
JENNIFER A. KENNEY, CSBN 241625
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4825
    Facsimile: (415) 744-0134
    Email: Jennifer.A.Kenney@ssa.gov
Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DANIELLE BRYANT,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,[1] Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 8:20-cv-02219-ADS<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES, PURSUANT TO 28 U.S.C. § 2412(d)** |

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $1,100 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATED:   July 15, 2021                    /s/ Autumn D. Spaeth
                                          HON. AUTUMN D. SPAETH
                                          UNITED STATES MAGISTRATE JUDGE